HAMILTON, Senior Circuit Judge,
concurring in the judgment:
The Supreme Court’s decision in Friends of the Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc., — U.S. -, 120 S.Ct. 693, 145 L.Ed.2d 610 (2000), has unnecessarily opened the standing floodgates, rendering our standing inquiry “a sham,” id. 120 S.Ct. at 715 (Scalia, J., dissenting). However, being bound by Laidlaw Envtl. Servs., I concur in the court’s judgment reversing the district court’s judgment and remanding the case for a determination as to whether Gaston Copper has discharged pollutants in excess of its permit limits.